### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | |
|---|---|
| Spencer A. Olson Trucking, LLC, | C/A No. 9:20-CV-01397-RMG |
| PLAINTIFF, | |
| v. | |
| DEH Disaster Recovery, LLC; and Allied Property & Casualty Insurance Company, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| DEFENDANTS. | |

Plaintiff, Spencer A. Olson Trucking, LLC, by and through its undersigned counsel, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

GRIFFITH, FREEMAN & LIIPFERT, LLC

*s/*     *E. Mitchell Griffith*

E. Mitchell Griffith (SC Bar #2469)
600 Monson Street
Post Office Box 570
Beaufort, SC 29901
(843) 521-4242
(843) 521-4247
mgriffith@griffithfreeman.com

ATTORNEYS FOR PLAINTIFF

March 10, 2021

Beaufort, South Carolina